**CUSTODIO & DUBEY, LLP**
Robert Abiri (SBN 238681)
445 S. Figueroa Street, Suite 2520
Los Angeles, CA 90071
Telephone: (213) 593-9095
Facsimile: (213) 785-2899
E-mail: abiri@cd-lawyers.com

*Attorney for Plaintiff and the Putative Classes*

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jason McAllister, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>Starbucks Corporation,<br><br>            Defendant. | Case No.: 2:22-cv-01410-DAD<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Jason McAllister ("Plaintiff"), by and through his counsel of record, hereby voluntarily dismisses all of his individual claims in the above-captioned action, without prejudice, against Defendant Starbucks Corporation ("Defendant"). The claims of the putative class are dismissed without prejudice. Each party shall bear its own costs and fees.

Defendant has not filed or served an answer or a motion for summary judgment in the action. Accordingly, Plaintiff may dismiss his individual claims in this action against Defendant without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED: September 28, 2022            **CUSTODIO & DUBEY, LLP**

By:      /s/ *Robert Abiri*           _

Robert Abiri (SBN 238681)
*E-mail: abiri@cd-lawyers.com*
445 S. Figueroa Street, Suite 2520
Los Angeles, CA 90071
Telephone: (213) 593-9095
Facsimile: (213) 785-2899

*Attorney for Plaintiff and the
Putative Classes*